## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| **CURTIS JAMES WRIGHT,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. 5:26-CV-00087 |
| | § | |
| **WARDEN, LA SALLE COUNTY** | § | |
| **REGIONAL DETENTION CENTER,** *et* | § | |
| ***al.***,[1] | § | |
| Respondents. | | |

### ORDER

In light of the Fifth Circuit's recent decision in *Sosnava Rodriguez v. Ortega*, No. 26-50183 (5th Cir. July 2, 2026), the Court requires supplemental briefing.

Accordingly, the Court **ORDERS** Respondents to file supplemental briefing by **July 9, 2026,** addressing (1) whether Petitioner is detained under Section 1225(b)(2) and subject to the 90-day detention limitation in *Sosnava,* (2) the current length of Petitioner's detention, and (3) the effect of the decision on Petitioner's claims for release.

Petitioner may reply to Respondents' supplemental briefing **by July 13, 2026**.

It is so **ORDERED**.

**SIGNED** on July 6, 2026.

John A. Kazen
United States District Judge

---

[1] Markwayne Mullin is automatically substituted for Kristi Noem in this case under Federal Rule of Civil Procedure 25(d). Todd Blanche is automatically substituted for Pamela Bondi in this case under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.