United States District Court
Southern District of Texas

**ENTERED**

August 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **CURTIS JAMES WRIGHT,** | § | |
| Petitioner, | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00087** |
| | § | |
| **WARDEN, LA SALLE COUNTY** | § | |
| **REGIONAL DETENTION CENTER,** *et* | § | |
| *al.,* | § | |
| Respondents. | | |

## <u>ORDER</u>

Before the Court is Respondents' Advisory and Notice of Removal, (Dkt. Nos. 25, 26). On July 28, 2025, the Court ordered Respondents to file an advisory addressing Respondents to address the status of their efforts to effectuate Petitioners removal and the status of Petitioner's ongoing medical treatment while he is detained. (Dkt. No. 24).

Respondents represent that Enforcement and Removal Operations (ERO) staff have submitted an "Escort Assessment" for supervisory approval. (Dkt. No. 25 at 2). Respondents explain that an Escort Assessment is a worksheet completed by ERO that undergoes "an approval/concurrence process that determines the threat level a subject will be assigned to determine what level of removal they will need (i.e. escorted or unescorted)." (*Id.* at 2). Respondents advise that Petitioner will be scheduled for removal from the United States once supervisory approval is secured. (*Id.*).

Additionally, Respondents advise that ICE intends on removing Petitioner within five days after the Notice of Intent to Remove was filed. (Dkt. No. 26 at 1).

The Court **ORDERS** the parties to file a joint advisory **by August 17, 2026**, updating the Court on the status of Petitioner's detention, removal, and the effect of any change in circumstances on his claims. The parties should also state their position on entry of final judgment.

It is so **ORDERED**.

**SIGNED** on August 10, 2026.

John A. Kazen
United States District Judge